UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

ROBERT DAVIS,

                     Plaintiff,

                                                No. 1:13-CV-1380

      -v-

CAPITAL CITY RESCUE MISSION;
WAYNE HILL; and WILLIE FOSTER,

                     Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

APPEARANCES:                            OF COUNSEL:

ROBERT DAVIS
Plaintiff pro se
29 Swan Street
Albany, NY 12210

DAVID N. HURD
United States District Judge

## DECISION and ORDER

Pro se plaintiff Robert Davis brought this action pursuant to 42 U.S.C. § 1983. On November 18, 2013, the Honorable Thérèse Wiley Dancks, United States Magistrate Judge, advised by Report-Recommendation that the complaint be dismissed without leave to amend.

Based upon a careful review of the entire file and the recommendations of the Magistrate Judge, the Report-Recommendation is accepted in whole. See 28 U.S.C. § 636(b)(1).

Therefore, it is

ORDERED that

Plaintiff's complaint is DISMISSED without leave to amend.

The Clerk is directed to serve a copy of this Decision and Order on plaintiff and close the file.

IT IS SO ORDERED.

_____
United States District Judge

Dated: December 10, 2013
Utica, New York.