# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

**Robert Davis**
        Plaintiff
  vs.                                    CASE NUMBER: 1:13-CV-1380 (DNH) (TWD)

**Capital City Rescue Mission; Wayne Hill and Willie Foster**
        Defendant

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

That the Report and Recommendation of Magistrate Judge Therese Wiley Dancks is ACCEPTED in its entirety and plaintiff's Complaint is hereby DISMISSED without leave to amend.

All of the above pursuant to the order of the Honorable Judge David N. Hurd, dated the 10th day of December, 2013.

DATED: December 10, 2013

*[signature]*
Clerk of Court

s/
_____
Joanne Bleskoski
Deputy Clerk